No. —, original. Ex parte J. L. Stewart. February 13, 1939. Motion for leave to file petition for writ of habeas corpus denied.

No. 643. Simmons *v.* Board of Education et al.

February 27, 1939. *Per Curiam:* Motion to dismiss on the ground that the cause has become moot denied. Motion to affirm granted upon the ground that the questions on which the decision of the cause depends are so unsubstantial as not to need further argument. Rule 7, par. 4. The judgment is affirmed. *Mr. Charles A. Chandler* for appellant. *Messrs. Mac Q. Williamson* and *Ezra Brainerd, Jr.* for appellees.

No. —, original. Ex parte Albert Leighton. February 27, 1939. Motion for leave to file petition for writ of mandamus denied.

No. —, original. Ex parte Joseph J. O'Brien. February 27, 1939. Motions for leave to file petitions for writs of habeas corpus and mandamus denied.

No. —, original. Ex parte Patriotic Society of Unemployed Persons of the United States. March 6, 1939. Motion for leave to file petition for writ of mandamus denied.